1
2
3
4
5
6
7
8
9

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

10        UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA

12

13  MELVIN KING,                          CASE NO. ED CV 13-709 SVW (PJW)

14              Plaintiff,                 [proposed] ORDER GRANTING
                                           APPLICATION AND
15        vs.                              STIPULATION FOR DISMISSAL
                                           WITH PREJUDICE
16  STANLEY SNIFF, et al.

17              Defendants.

18

19        Good cause appearing therefor

20        **IT IS ORDERED** that the entire action is dismissed with prejudice, with the

21  parties to bear their own costs and attorney fees.

22  Dated: 2/10/14

23                                         _____
                                           Hon. Stephen V. Wilson
24                                         United States District Judge

25

26

27

28

4821-2163-1511.1

[proposed] ORDER GRANTING APPLICATION AND STIPULATION FOR DISMISSAL WITH PREJUDICE